IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIETTA VASSER,

    Plaintiff,

       v.                       Case No. 3:19-cv-00781-slc

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, Plaintiff have the opportunity for a new hearing, and an Administrative Law Judge (ALJ) will (1) reevaluate the medical evidence, including medical opinion evidence; (2) reassess Plaintiff's subjective symptoms and residual functional capacity, as appropriate; and (3) issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

ENTERED: JANUARY 19, 2020

*[signature]*

MAGISTRATE JUDGE